IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CARL L. BOWMAN,** | ) | **CASE NO. 8:09CV1** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **THOMAS OTEPKA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on its own motion. On February 5, 2009, the court ordered Plaintiff to show cause why this case should not be dismissed for failure to inform the court of his current address. (Filing No. 9.) In its Memorandum and Order, the court cautioned Plaintiff that failure to show cause or to update his address by March 5, 2009, would result in dismissal without further notice. (*Id.*) Plaintiff has not responded to this court's previous Memorandum and Order nor has Plaintiff updated his address with the court. This case is therefore dismissed without prejudice.

IT IS THEREFORE ORDERED that:

1. Plaintiff failed to respond to the court's February 5, 2009, Memorandum and Order requiring that he provide the court with a current address. This action is therefore dismissed without prejudice and all pending motions are denied as moot; and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 16th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge